**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | | * | Case No. <u>17-54589</u> |
| Ryan Carpenter | | * | Judge: <u>CALDWELL</u> |
| Diana Carpenter | Debtors | * | Ch. 13 |

**AUDITOR VALUE OF REAL PROPERTY**

    Now come Debtors, by and through Counsel, to submit the attached Auditor value of real estate, which the debtors believe to be the fair market values of the real estate pursuant to LBR 3012-1(d).

 

Respectfully submitted,

<u>/s/ Michael A. Cox</u>
Michael A. Cox (0075218)
Attorney for Debtors
2500 N. High St., Ste. 100
Columbus, OH 43202
(614) 267-2871

# Data For Parcel K2500020007611

## Base Data

Parcel: K2500020007611
Owner: ELSWICK DIANA S
Address: 27515 KIME-HOLDERMAN



[+] Map this property.

| Mailing Address | | Geographic | |
|---|---|---|---|
| Mailing Name: | ELSWICK DIANA S | City: | UNINCORPORATED |
| Address: | 27515 KIME HOLDERMAN RD | Township: | SALTCREEK TOWNSHIP |
| City State Zip: | CIRCLEVILLE OH 43113 | School District: | LOGAN ELM LSD |

### Legal

| | | | |
|---|---|---|---|
| Neighborhood: | 00220000 | Legal Acres: | 5.01 |
| Legal Description: | TRACT 10 | Land Use: | (511) R - SINGLE FAMILY, O-9.999 AC |
| | | Property Class: | RESIDENTIAL |
| Map Number: | 0-0-0-0 | Range Township Section: | 20-11-16 |

### Valuation (Tax Year 2016 Payable 2017)

| | Appraised | Assessed (35%) |
|---|---|---|
| Land Value: | $43,050.00 | $15,070.00 |
| Building Value: | $219,710.00 | $76,900.00 |
| Total Value: | $262,760.00 | $91,970.00 |
| CAUV Value: | | $0.00 |
| Taxable Value: | | $91,970.00 |

### Tax Credits

| | |
|---|---|
| 2.5% Homesite Rollback: | YES |
| Homestead Reduction: | NO |

### Notes

Notes:

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing <u>Auditor Value of Real Property</u> was served electronically upon the clients and following parties of interest on Wednesday, July 26, 2017:

U.S. Trustee
Faye D. English, Ch. 13 Trustee

                <u>/s/ Michael A. Cox</u>
                Michael A. Cox (0075218)